**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

FREDRICK E. BOSTON                                                                                              PLAINTIFF

V.                                     5:07CV00100 WRW/JTR

MICHAEL D. HURST,
Jail Administrator,
W.C. Dub Brassell Detention Center, et al.                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.       Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Plaintiff's handbook, grievance, personal property, access to the courts, and conditions of confinement claims are DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted.

2.       Plaintiff shall proceed with his First Amendment claim.

3.       The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

4.	The Clerk is directed to prepare a summons for the Defendants, and the U.S. Marshal is directed to serve the Complaint (docket entry #2), Amended Complaint (docket entry #6), and this Order upon the Defendants without prepayment of fees and costs or security therefor.

Dated this 6th day of July, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE