**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 21 2008

JAMES W. McCORMACK, CLERK
By: _____
                            DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FREDRICK E. BOSTON
ADC #654943                                                        PLAINTIFF

V.                              5:07CV00100 JTR

MICHAEL D. HURST,
Jail Administrator,
W.C. Dub Brassell Detention Center, et al.                         DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is hereby adjudged that this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's January 17, 2008 Order. Further, the Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 21st day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE